IN THE NORTHERN DISTRICT OF FLORIDA FOR THE
NORTHERN DISTRICT OF FLORIDA
DIVISION

UNITED STATES OF AMERICA

v.

MATTHEW L. BEAN

INFORMATION

3:12mj 181

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

That on or about May 17, 2012, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

MATTHEW L. BEAN,

did unlawfully trespass in a structure, in violation of Section 810.08, Florida Statutes, and Title 18, United States Code, Sections 7 & 13.

_____ for
PAMELA C. MARSH
United States Attorney

7/16/12
DATE

Filed 0716'12 UsDcFln 3AM0855