Filed 08/01/12 USDC-FLND 3:12-mc-00029

U.S. District Court, Clerk
Northern District of Florida
1 North Palafox Street
Pensacola, FL 32502

OFFICIAL BUSINESS



MATTHEW BEAN
MC HENSON
PENSACOLA FL 32501

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

PENSACOLA
31 JUL 2012

HASLER
07/31/2012
US POSTAGE $00.45°
Mailed From 32502

325501+9995

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS     CASE NO. 3:12mj181

MATTHEW L. BEAN

## NOTICE

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below.

Place: United States Courthouse
1 North Palafox Street
Pensacola, FL 32502-5658

Room No: Courtroom 3 North

Date: August 15, 2012

Time: 8:30 AM

Type of Proceeding: 1ST Appearance before U.S. Magistrate Judge Charles Kahn

***FAILURE TO APPEAR WILL RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST.***

NOTE:
If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

July 30, 2012
DATE                                    Deputy Clerk:

Copies to:
Sarah Tasker, AUSA
Alicia Kim, AUSA
Matthew L. Bean